FILED
SEP 28 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: ___RS___ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT CALIFORNIA
SOUTHERN DIVISION-SANTA ANA

| | |
|---|---|
| JULIO VARGAS,<br>   MOVANT, | Cause No:<br>SACR 11-132  JVS<br><br>Civil Action Number<br>8:18-CV-01771-JVS |
| Vs. | |
| | Time: _____<br>Date: _____<br>Place: _____<br>Ronald Reagan Federal Building<br>and U.S. Courthouse-411 West 4th<br>Room 1053- Santa Ana, CA 92701-4516 |
| UNITED STATES OF AMERICA,<br>   RESPONDENT. | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that JULIO VARGAS Movant, acting in pro se status in the above styled and entitled cause of action, on a date to be determined, at the appointed time and designated place, the Ronald Reagan Federal Building and U.S. Courthouse. Address. 411 West 4th Street, Room 1053, Santa Ana, CA. 92701-4516, Vargas will move this Honorable Court to Vacate, Set Aside or Correct the 51 month term of imprisonment, imposed on January 5, 2015

This motion is made pursuant to Title 18 U.S.C. § 2255 provisions (h) (2) pursuant to the Supreme Court ruling in Jae Lee v United States and any and all relevant provisions of habeas corpus. And is also based upon the attached memorandum of points and authorities, all files and records in this case, and such further argument and supplemental supporting documents as may be presented in the pleading of this motion.

NOTICE OF MOTION-VARGAS - 1

                                                                Respectfully, Submitted,

this 2/ day of September, 2018.

                                          */s/ Julio Vargas*
                                          JULIO VARGAS,
                                          Movant pro se,
                                          Fed. Reg. No: 65114-112
                                        FCI BIG SPRING CORRECTIONAL INSTITUTION
                                        2001 RICKABAUGH DR
                                        BIG SPRING, TX  79720

NOTICE OF MOTION-VARGAS - 2

<u>VERIFICATION</u>

Pursuant to 28 U.S.C. §§ 1746 and Federal Rules Governing Title 18 U.S.C. Section 2255, JULIO VARGAS, declares, under penalty of perjury, that:

1. I have read the foregoing Motion to Vacate, Set Aside or Correct, Sentence, in which I am the Movant.

2. I know that the factual allegations contained in the motion are true.

3. with respect to facts alleged in the motion upon information and belief, I believe these factual allegations to be true.

4. I declare under penalty of perjury that this verification is correct.

_____
JULIO VARGAS
Fed. Reg. No:61154-112

Dated this 21 day of September 2018.
At: FCI BIG SPRING CORRECTIONAL INSTITUTION
2001 RICKABAUGH DR
BIG SPRING, TX  79720

VERIFICATION - 1

