# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA<br><br>PLAINTIFF(S),<br><br>v.<br><br>JULIO CESAR VARGAS , et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>8:11−cr−00132−JVS<br><br><br><br>**NOTICE OF ASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**<br>**re: HABEAS CORPUS PETITION**<br>**OR 28 U.S.C. §2255 MOTION** |

___ A Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2241 was filed and assigned case number _____. Please refer to this case number in all future communications.

_X_ A Motion pursuant to 28 U.S.C. §2255 was filed in criminal case number ____8:11−cr−132 JVS−17____ also assigned civil case number ____8:18−cv−01771 JVS____. Please refer to these case numbers in all future communications.

Pursuant to General Order 16−05, the within action has been assigned to the calendar of the Honorable _____Judge James V. Selna_____, United States District Judge.

Pleadings, motions for extension of time and all other matters to be called to the District Judge's attention shall be formally submitted through the Clerk of the Court.

The Court must be notified within fifteen (15) days of any address change. If mail directed by the clerk to your address of record is returned undelivered by the Post Office, and if the Court and opposing counsel are not notified in writing within fifteen (15) days thereafter of your current address, the Court may dismiss the petition with or without prejudice for want of prosecution.

Subsequent documents, correspondence and all other matters to be called to the District Judge's attention should be submitted and/or filed at the following location:

Southern Division
411 West Fourth St., Ste 1−053
Santa Ana, CA 92701−4516


Clerk, U.S. District Court

_September 28, 2018_      By _/s/ *Edwin Sambrano*_
Date                                  Deputy Clerk